**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Norma_Aguilar@fd.org

Attorneys for Ms. Ramirez-Linan

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM MCCURINE, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ2501-WMC |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| MARIA DOLORES RAMIREZ-LINAN, ) | |
| Defendant. ) | |

    Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                   Respectfully submitted,

Dated: October 31, 2007                     */s/ Norma Aguilar*
                                                       **NORMA AGUILAR**
                                                       Federal Defenders of San Diego, Inc.
                                                       Attorneys for Ms. Ramirez-Linan
                                                     Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: October 31, 2007            /s/ *Norma Aguilar*
                                   **NORMA AGUILAR**
                                   Federal Defenders of San Diego, Inc.
                                   225 Broadway, Suite 900
                                   San Diego, CA  92101-5030
                                   (619) 234-8467  (tel)
                                   (619) 687-2666  (fax)
                                   Email: Norma_Aguilar@fd.org