UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Maria Dolores Ramirez- ) <br> Defendant(s) Liman ) | 07cr3129 WQH <br> CRIMINAL NO. 07mj2501 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Lizbeth Velasco-Guevara

DATED: 11-15-07

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____     OR
             DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
       Deputy Clerk