UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 07CR3129-WWJ11 |
| Plaintiff ) | CRIMINAL NO. 07mj2501 |
| ) | |
| vs. ) | ORDER |
| ) | RELEASING MATERIAL WITNESS |
| Maria Dolores Ramirez- ) | |
| Defendant(s) Liman ) | Booking No. 05315248 |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Antonia Espinoza-Bautista

DATED: 11-15-07

William McCurine, Jr.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
         DUSM
                                  W. SAMUEL HAMRICK, JR.  Clerk
                                  by [signature]
                                     Deputy Clerk

CLERK'S OFFICE COPY           ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95