Neil R. Trop
Law Offices of Neil R. Trop
1991 Village Park Way, Ste. 160
Encinitas, CA 92024
(760) 634-1295
neiltroplaw@hotmail.com

FILED

07 DEC -5 PM 3:06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM McCURINE, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAMIREZ-LINAN,<br><br>    Defendant. | Case No.: 07MJ2501<br><br>**ORDER TO EXONERATE BOND FOR MATERIAL WITNESS LIZABETH VELASCO-GUEVARA AND TO DISBURSE FUNDS** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Material Witness Appearance Bond filed on behalf of Material Witness Lizbeth Velasco-Guevara by the surety, Timoteo Pamatz, be exonerated. The $500.00 deposit being held in the Registry of the Court in the above entitled case on behalf of Material Witness Lizbeth Velasco-Guevara is to be released to the surety, Timoteo Pamatz at P.O. Box 1599, Valley Center, CA 92082.

**IT IS SO ORDERED:**

DATE: 12/5/07

_____
MAGISTRATE JUDGE OF THE UNITED STATES
DISTRICT COURT