Neil R. Trop
Law Offices of Neil R. Trop
1991 Village Park Way, Ste. 160
Encinitas, CA 92024
(760) 634-1295
neiltroplaw@hotmail.com

FILED
07 DEC 13 PM 3:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM McCURINE, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 07MJ2501 |
| Plaintiff, ) | |
| ) | **ORDER TO EXONERATE BOND FOR** |
| vs. ) | **MATERIAL WITNESS ANTONIA** |
| ) | **ESPINOSA-BAUTISTA AND TO** |
| MARIA DOLORES RAMIREZ-LINAN, ) | **DISBURSE FUNDS** |
| Defendant. ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Material Witness Appearance Bond filed on behalf of Material Witness Antonia Espinosa-Bautista by the surety, Felipe Romero, be exonerated. The $500.00 deposit being held in the Registry of the Court in the above entitled case on behalf of Material Witness Antonia Espinosa-Bautista is to be released to the surety, Felipe Romero at 1743 E. Grove Avenue, Apt. B, Orange, CA 92865.

**IT IS SO ORDERED:**

DATE: 12/14/07

_____
MAGISTRATE JUDGE OF THE UNITED STATES
DISTRICT COURT